FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 09 2016

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY LOUIS GREENLEE,<br><br>Defendant. | 8:16CR34<br><br>INFORMATION<br>18 U.S.C. § 2250(a) |

The United States Attorney charges:

### COUNT I

On or about May, 2015, through January 13, 2016, in the District of Nebraska the defendant, ANTHONY LOUIS GREENLEE, having previously been convicted in the State of Wisconsin of an offense requiring him to register as a sex offender, to wit: Sexual Assault of a Child 2nd Degree, did travel in interstate commerce from Wisconsin to Nebraska, and knowingly failed to register as a sex offender in the State of Nebraska, where he resided, worked, and remained, as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska

By: *[signature]*
MICHAEL P. NORRIS
Assistant U.S. Attorney

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MICHAEL P. NORRIS
Assistant U.S. Attorney